IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Senvok Medical Inc<br><br>        Plaintiff,<br><br>v.<br><br>Arix Med Inc<br><br>        Defendant. | Case No. 1:25-cv-11219<br><br>**District Judge**:<br>Honorable Matthew F. Kennelly |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff, Senvok Medical Inc, filed a motion for preliminary injunction order, including a injunction against Arix Med Inc, enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing products, a temporary asset restraint, and expedited discovery.

After a review of the Moving Documents, the Complaint and the public record which it incorporates, and the full record of the claim, the Court grants the Plaintiff's Motion in [its entirety].

This Court finds, in the absence of adversarial presentation, that Plaintiff has provided a basis to conclude that Defendant has sold products through Amazon platform storefront (Amazon Store No. A3P7AJ05A747PK) and www.arixmed.com (an internet store hosted on Shopify platform) that infringe Plaintiff's United States Design Patent No. D1021070S1, United States Design Patent No. D1018837S1 and United States Copyright Registration No. VAu 1-551-685 ("Infringing Product").

1

This Court also finds that issuing this Order without prior notice to Defendant pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate in this case because the Plaintiff has shown that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. In the absence of a Preliminary Injunction Order for assets, Defendant could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to offshore accounts or evade liabilities of infringement.

On this basis, the Court Orders as follows:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a) offering for sale, selling, and importing the Infringing Product;

    b) aiding, abetting, contributing to, or otherwise assisting anyone in offering for sale, selling, and importing the Infringing Product; and

    c) effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for Defendant or in connection with any of Defendant's Internet Stores in, including, without limitation, any online marketplace platforms such as PayPal, Inc. ("PayPal"), Amazon.com, Inc. ("Amazon") and Shopify Inc ("Shopify") (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all

    documents and records in such person's or entity's possession or control relating to:

    a)   the identity and location of Defendant, including all known contact information and all associated e-mail address;

    b)   the nature of Defendant's operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with Defendant's financial accounts, as well as providing a full accounting of Defendant's sales and listing history related to its Internet Stores, i.e. Amazon Store No. A3P7AJ05A747PK and www.arixmed.com hosting on Shopify; and

    c)   any financial accounts owned or controlled by Defendant, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Amazon, Shopify, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Plaintiff's request, those with notice of the injunction, including Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendant in connection with the sale of the Infringing Product.

4. Defendant shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendant's assets until further ordered by this Court.

5. Plaintiff is authorized to issue any such expedited discovery requests via e-mail.

Defendant shall respond to any such discovery requests within three (3) business days of being served via e-mail. The expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, can be related to:

a) the identity and location of Defendant, including all known contact information and all associated e-mail address;

b) the nature of Defendant's operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with Defendant's financial accounts, as well as providing a full accounting of Defendant's sales and listing history related to its Internet Stores, i.e. Amazon Store No. A3P7AJ05A747PK and www.arixmed.com hosting on Shopify; and

c) any financial accounts owned or controlled by Defendant, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Amazon, Shopify, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

6. Plaintiff's deposit with the Court ten thousand dollars ($10,000) in cashier's check shall remain with the Court, which amount was determined adequate for the payment of such damages as Defendant may be entitled to recover as a result of a wrongful restraint hereunder.

7. Defendant that are subject to this Order may appear and move to dissolve or modify

5

the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

8. This Preliminary Injunction Order without notice is entered on this 5th day of November 2025 and shall remain in force during the pendency of this case.

Matthew F. Kennelly
United States District Judge